UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 1:17-cr-00195-01

**WINDEL LESTER**

### MEMORANDUM OPINION AND ORDER

Pending before the court is the government's Ex Parte Motion for a Protective Order Governing Defendant's Use of Suspicious Activity Reports.[1] Because the defendant passed away prior to his sentencing hearing, this motion is **DENIED** as moot.

The Clerk is directed to send a copy of this Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED THIS 17th day of June, 2019

ENTER:

David A. Faber
Senior United States District Judge

---

[1] The government did not explain why it was filing the motion ex parte.